PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Aaron Garcia-Deltoro                                      Docket No. 1:18CR00410-007

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Evan John Cisneros, pretrial services/probation officer, presenting an official report upon the conduct of defendant Aaron Garcia-Deltoro, who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Austin, Texas on the 25th date of January, 2021 under the following conditions:

> See Order Setting Conditions of Release dates January 25, 2021.
>
> Condition #1: The defendant must not violate federal, state or local law while while on release.
> Condition #7(l): The defendant must not use alcohol excessively

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On February 19, 2022, the defendant contacted this officer via-text message advising he was arrested on February 18, 2022, by the Austin Police Department for Driving While Intoxicated. On February 22, 2022, Pretrial Services conducted a criminal record check, which revealed the aforementioned arrest. The defendant was subsequently admonished. He was reminded that he is not to commit another federal state or local law while on release and must not not use alcohol excessively.
>
> The defendant is scheduled to appear at Re-Arraignment and Plea on February 23, 2022 at 2:00 p.m. The defendant has demonstrated compliance on bond, excluding this violation. On March 19, 2021, the defendant completed an Online Anger Management class as ordered by the court and successfully discharged from mental health treatment on February 16, 2022. Therefore, Pretrial Services respectfully recommends the defendant's conditions of release be modified to include no use of alcohol.
>
> The U.S. Attorney's office has been advised of these violations and concurs with the proposed course of action at this time.

PRAYING THAT THE COURT WILL ORDER that the defendant's conditions of release be modified to include the following condition of bonds: Condition #7(l): The defendant must not use alcohol at all; Condition #7(n): submit to testing for a prohibited substance if required by the pretrial services office or supervising officer; and Condition #7(o): participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

PS 8
(Rev. 12/04)

Page 2

Aaron Garcia-Deltoro
Case #1:18CR00410-7

ORDER OF COURT

Considered and ordered this <u>   23rd   </u> day of <u>   February   </u>, <u>   2022   </u> and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/22/2022

_____
U.S. Pretrial Services Officer     Phone Number    +1 (512) 450-8576

_____
Supervisory
U.S. Pretrial Services Officer     Phone Number    +1 (210) 818-7861

Place   U.S. Pretrial Services Office
501 West 5th Street, Suite 3200
Austin, Texas 78701